# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 23, 2019

158203

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* PAROLE OF ROBERT ERWIN STUMPMIER

_____/

MONROE COUNTY PROSECUTING ATTORNEY,
     Appellee,

v

ROBERT ERWIN STUMPMIER,
     Appellant.

_____

PAROLE BOARD,
     Intervenor.

_____/

SC: 158203
COA: 343502
Monroe CC: 17-140487-AP

     On order of the Court, the application for leave to appeal the June 27, 2018 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 23, 2019



Clerk

p0116